IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD MCINTYRE,

    Plaintiff,

  v.

WARREN PUMPS, LLC,

    Defendant.

No. C 06-06301 WHA

**ORDER CLARIFYING PRIOR ORDER DENYING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The case management conference in this action is scheduled for **THURSDAY, APRIL 19, 2007, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: March 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE